```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

CANDY CAROLE NEELEY,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:19-00598

ANDREW SAUL,
Commissioner of the Social
Security Administration,

    Defendant.

## MEMORANDUM OPINION AND ORDER

     By Standing Order, this action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Eifert submitted to the court her Findings and Recommendation on January 28, 2020, in which she recommended that the court grant plaintiff's motion to dismiss, dismiss the complaint as requested, and remove the matter from the court's docket.

     In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Eifert's Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the requisite time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Eifert as follows:

1. Plaintiff's motion to dismiss the complaint is **GRANTED**;

2. This case is **DISMISSED**; and

3. The Clerk is **DIRECTED** to remove this matter from the court's docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 25th of March, 2020.

ENTER:

David A. Faber
Senior United States District Judge

2